UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Megan A. Maule,

    Plaintiff,

v.                                    MEMORANDUM OPINION
                                       AND ORDER

Department of Veterans Affairs, et al.      Civil No. 04-1369

_____

    Donald H. Nichols and Michele R. Fisher, Nichols Kaster & Anderson for and on behalf of Plaintiff.

    Patricia R. Cangemi, Assistant United States Attorney for and on behalf of Defendant.

_____

    Plaintiff was hired by Defendant Department of Veterans Affairs (hereinafter referred to as the "VA") on November 2, 2002 as a police officer at the St. Cloud Veterans Affairs Medical Center, subject to a one year probationary period. She reported for work on January 6, 2003 and was terminated from this position on June 30, 2003. In her Complaint, she alleges that during the short time she held this position, she was subjected to sexual harassment, and was ultimately terminated in retaliation for reporting the sexual harassment.

    The VA has moved the Court for summary judgment on both of Plaintiff's claims. Summary judgment is not appropriate, however, as there are genuine issues of material fact as to both claims. Accordingly, the motion must be denied

1

in all respects.

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment [Docket No. 32] is DENIED.

Date: November 22, 2005

                                                s / Michael J. Davis  
                                                Michael J. Davis  
                                                United States District Court

Civil No. 04-1369