UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Megan Maule,

    Plaintiff,

v.                                          ORDER
                                            Civil No. 04-1369

R. James Nicholson, Secretary
Department of Veterans Affairs,

    Defendant.

_____

    Donald H. Nichols and Michele R. Fisher, Nichols Kaster & Anderson, PLLP, for and on behalf of Plaintiff.

    Patricia R. Cangemi, Assistant United States Attorney for and on behalf of Defendant.

_____

    The parties are hereby directed to submit to the Court on or before Friday, September 22, 2006 proposed findings of fact and conclusions of law with respect to the issue of Plaintiff's future wage loss.

Date: September 19, 2006

                                            s / Michael J. Davis
                                            Michael J. Davis
                                            United States District Court

1